**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **No. 3:06-CR-97** |
| ) | **(PHILLIPS/GUYTON)** |
| **ARNOLD R. SCHMID and** ) | |
| **KATHLEEN SCHMID,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER**

There being no timely objection by defendants, see 28 U.S.C. 636(b)(1), and the Court being in complete agreement with the Magistrate Judge, the Report and Recommendation [Doc. 24] filed by the Honorable H. Bruce Guyton, United States Magistrate Judge, on January 19, 2007, is hereby **ACCEPTED IN WHOLE** whereby defendants' joint motion to suppress all evidence obtained as a result of the warrantless search and seizure of a 2006 Pontiac [Doc.10] is **DENIED**.


**ENTER:**

s/Thomas W. Phillips_____
United States District Judge