# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:06-CR-97 |
| ) | (Phillips/Guyton) |
| ARNOLD SCHMID and ) | |
| KATHLEEN SCHMID, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court upon the United States of America's motion to dismiss the instant indictment without prejudice in light of a plea agreement in case number 3:05-cr-50. The motion is for dismissal without prejudice in light of the fact that the Court has not yet sentenced the defendants in case number 3:05-cr-50. For good cause, the motion to dismiss the indictment without prejudice [Doc. 29] is **GRANTED**.

**IT IS SO ORDERED.**

**ENTER:**

　　　　s/ Thomas W. Phillips
　　　United States District Judge